# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KELVIN LOVETT, <br>     Plaintiff, <br><br> vs. <br><br> JEREMY EACHES, *et al.*, <br>     Defendants. | Case No. 1:17-cv-757 <br><br> Judge Timothy S. Black <br><br> Magistrate Judge Karen L. Litkovitz |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 23)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed a Report and Recommendation recommending that Plaintiff's motion for default judgment be denied as moot. (Doc. 23). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, Plaintiff's motion for default judgment (Doc. 16) is **DENIED** as moot.

**IT IS SO ORDERED.**

Date: 2/27/19                          *s/ Timothy S. Black*
                                                                  Timothy S. Black
                                                                  United States District Judge